JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH GOMEZ, | Case No. CV11-6750-GAF (DTB) |
| Petitioner, | **JUDGMENT** |
| vs. | |
| LEROY BACA, SHERIFF - L.A.. COUNTY, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: October 6, 2011

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

1